# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SOTO FERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CRUZ, *et al.*,<br><br>          Defendants. | Case No.  1:23-cv-00855-JLT-BAM (PC)<br><br>ORDER ADVANCING SETTLEMENT CONFERENCE<br>(ECF No. 17)<br><br>**Date:  April 10, 2024**<br>**Time:  1:30 p.m.**<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE ANTHONY SOTO FERNANDEZ, CDCR #G-68078<br>(ECF No. 21)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON PELICAN BAY STATE PRISON |

A video settlement conference in this matter is currently scheduled on April 11, 2024, at 9:30 a.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 17.)

The Court, having been informed that Plaintiff is unavailable on April 11, 2024 following his transfer to a new institution, for good cause advances the settlement conference previously scheduled on that date to **April 10, 2024 at 1:30 p.m.**  All provisions of the prior order setting the settlement conference, (ECF No. 17), shall apply for the new settlement conference date.  The

1

parties, if they have not already done so, shall submit their confidential settlement statements at least one week in advance of the new settlement conference date.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The video settlement conference shall be advanced to **April 10, 2024 at 1:30 p.m.**;
2. Counsel for Defendants shall contact Courtroom Deputy, Jan Nguyen, at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information;
3. The writ of habeas corpus ad testificandum directing the production of Anthony Soto Fernandez, CDCR #G-68078, issued on March 11, 2024, (ECF No. 21), is VACATED;
4. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Pelican Bay State Prison, and on the Litigation Coordinator of any other institution(s) which require this information; and
5. The Court will issue an amended transportation writ for Plaintiff's video appearance in due course.

IT IS SO ORDERED.

Dated:   **March 12, 2024**              /s/ *Barbara A. McAuliffe*          _
                                         UNITED STATES MAGISTRATE JUDGE