# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SOTO FERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CRUZ, *et al.*,<br><br>  Defendants. | Case No.: 1:23-cv-00855-JLT-BAM (PC)<br><br>ORDER THAT INMATE ANTHONY SOTO FERNANDEZ IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Anthony Soto Fernandez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on April 10, 2024.  Inmate Anthony Soto Fernandez, CDCR #G-68078, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 10, 2024**

UNITED STATES MAGISTRATE JUDGE