UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SOTO FERNANDEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>CRUZ, et al.,<br><br>           Defendants. | No. 1:23-cv-01855-JLT-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On April 10, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 10, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1